# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Vanguard Products Group, Inc., et. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 05 C 6310 |
| Protex International Corp. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's 3/14/06 memorandum opinion and order, Protex's motion to dismiss is granted. Protex's motion to transfer venue is denied as moot. Enter Memorandum Opinion and Order.

Michael W. Dobbins, Clerk of Court

Date: 3/14/2006          /s/ Melanie A. Foster, Deputy Clerk